Sylvia Adamson, Plaintiff-Appellee and Cross-Appellant, v. Peoria City Lines, Inc., Defendant-Appellee, and Bond Loan Company, Defendant-Appellant.

Gen. No. 11,318.

Second District, First Division.

February 19, 1960.

Rehearing denied March 14, 1960.

Released for publication March 14, 1960.

Heyl, Royster, and Voelker, for defendant-appellant; Knoblock and Ott, for plaintiff-appellee and cross-appellant, and Cassidy and Cassidy (Thomas V. Cassidy, of counsel) for defendant-appellee. Opinion by JUSTICE DOVE. Not to be published in full.